**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

December 14, 2010

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   **Golubeva v. GC Services**
         **10 CV 2137 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matter.  This letter is written upon consent as plaintiff's application for leave to file plaintiff's response to defendant's motion to dismiss the plaintiff's second amended complaint.  Plaintiff intends to file the response by December 16, 2010.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Concepcion A. Montoya, Esq.