**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 5 ' 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAYA GOLUBEVA, on behalf of herself
and all others similarly situated,

                Plaintiff,

-against-

GC SERVICES LIMITED PARTNERSHIP,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
10-CV- 2137 (BMC)

       A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 29, 2010, granting defendant's motion to dismiss; and dismissing the case; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted; and that the case is dismissed.

Dated: Brooklyn, New York
       January 03, 2011

                                                /S/
                                     ROBERT C. HEINEMANN
                                     Clerk of Court